UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
UNITED STATES OF AMERICA
:           **ORDER**

- against -               :           04 CR 690 (SAS)

JOHN A. GOTTI, et al.,           :

              Defendants.     :
------------------------------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      The Clerk of the Court is directed to pay Beckett Limousine Service for the period September 6 - 20, 2005, in accordance with the attached invoice.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/05

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
            October 6, 2005

# BECKETT
*Limousine Service*

308 SANILAC STREET
STATEN ISLAND, N.Y. 10306
(718) 979-1253
N.Y.S. D.O.T. Permit # 28491
I.C.C. MC 211552

USDJ Shira Scheidlin
500 Pearle Street
New York, NY 10007
Attention: Ann Ford

## Transportation
## 09/06 thru 09/20/05

| Date | Vans | Hours | @ $60.00 Per | Tolls | Total |
|---|---|---|---|---|---|
| 09/06 | 2 | 12 | 720.00 | 72.00 | 792.00 |
| 09/07 | 2 | 12 | 720.00 | 72.00 | 792.00 |
| 09/08 | 2 | 12 | 720.00 | 72.00 | 792.00 |
| 09/09 | 2 | 12 | 720.00 | 72.00 | 792.00 |
| 09/12 | 2 | 12 | 720.00 | 72.00 | 792.00 |
| 09/13 | 2 | 12 | 720.00 | 72.00 | 792.00 |
| 09/14 | 2 | 12 | 720.00 | 72.00 | 792.00 |
| 09/15 | 2 | 12 | 720.00 | 72.00 | 792.00 |
| 09/16 | 2 | 12 | 720.00 | 72.00 | 792.00 |
| 09/19 | 2 | 12 | 720.00 | 72.00 | 792.00 |
| 09/20 | 2 | 12 | 720.00 | 72.00 | 792.00 |

**Total Amount Due ….. $ 8,712.00**



RECEIVED
CHAMBERS OF
SEP 26 2005
JUDGE SCHEINDLIN